**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-6417**

————————

EARL C. BEVINS; DELPHINE BEVINS,

Plaintiffs - Appellees,

versus

RICHARD L. EVANS; FRANK M. PECK, JR.,

Defendants - Appellants.

————————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Joseph Robert Goodwin, District Judge.  (CA-97-0256)

————————

Submitted:  June 19, 1997          Decided:  June 30, 1997

————————

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Richard L. Evans, Frank M. Peck, Jr., Appellants Pro Se.  P. Nathan Bowles, Jr., BOWLES, RICE, MCDAVID, GRAFF & LOVE, Charleston, West Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order remanding this case to the state court from which they sought to remove it. A district court order remanding a case to the state court from which it was removed is not reviewable on appeal absent special circumstances, not applicable here. 28 U.S.C. § 1447(d) (1994); see Things Remembered, Inc. v. Petrarca, ___ U.S. ___, 64 U.S.L.W. 4035, 4036 (U.S. Dec. 5, 1995) (No. 94-1530). We therefore dismiss the appeal. We deny Appellants' motion to place the addendum to informal brief under seal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED